BARBARA HOPE O'NEILL #102968
Attorney at Law
2014 Tulare Street, Suite 510
Fresno, California 93721
Telephone: (559) 459-0655
Fax: (559) 459-0656
email: tajfalaw@yahoo.com

Attorney for Cher Moua

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:11CR00152 LJO |
| ) | |
| ) | STIPULATION |
| Plaintiff, ) | AND ORDER |
| ) | TO CONTINUE |
| vs. ) | |
| ) | |
| Cher Moua , ) | DATE: December 5, 2011  Time: 2 p.m. |
| Defendant. ) | Hon: Lawrence J. O'Neill |

Barbara Hope O'Neill the attorney of record for Cher Moua requests to continue the date for his sentencing. The attorney for the government, Henry Z. Carbajal, has no objection to the request.

The continuance is requested as defense counsel has received notice that the Court intends to sentence the defendant above the guideline range and would like the opportunity to find and prepare an alternative proposal in lieu of lengthy incarceration.

The current date for sentencing is December 5, 2011 at 2 p.m. Counsel would request January 9, 2012, at an hour convenient for the court, for the sentencing. This date is agreeable with MR. Carbajal.

Dated: November 30, 2011  Respectfully submitted,

    /s/ Barbara Hope O'Neill
Barbara Hope O'Neill
Attorney for Cher Moua

Dated: November 30, 2011    /s/ Henry Z. Carbajal
Henry Z. Carbajal
Assistant U.S. Attorney

## ORDER

Upon stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing in this matter presently set for December 5, 2011 at 2 p.m. is continued until January 9, 2012 at 2:00 p.m. to be heard before the Hon. Lawrence J. O'Neill.

IT IS SO ORDERED.

Dated: **December 1, 2011**      **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE